**Order filed, January 14, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00029-CV

———————

### ERIC BRANDON ROSENBERG, Appellant

### V.

### SUSAN EVELYN ENGELKING, Appellee

**On Appeal from the 201st District Court
Travis County, Texas
Trial Court Cause No. D-1-FM-11-000804**

## ORDER

The reporter's record in this case was due **November 03, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Mary Lou Taylor**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM